Healing Art Acupuncture, P.C. v GEICO Ins. Co. (2020 NY Slip Op
51336(U))

[*1]

Healing Art Acupuncture, P.C. v GEICO Ins. Co.

2020 NY Slip Op 51336(U) [69 Misc 3d 140(A)]

Decided on November 6, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 6, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2018-2114 K C

Healing Art Acupuncture, P.C., as Assignee
of Martinez, Mayvelin, Appellant, 
against
GEICO Ins. Co., Respondent. 

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Law Office of Goldstein, Flecker & Hopkins (Lawrence J. Chanice of counsel), for
respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Michael
Gerstein, J.), entered August 9, 2018. The order denied plaintiff's motion for summary judgment
and granted defendant's cross motion for summary judgment dismissing the complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved
for summary judgment, and defendant cross-moved for summary judgment dismissing the
complaint, arguing that it had properly used the workers' compensation fee schedule applicable to
chiropractors who render the same services as acupuncturists to reimburse plaintiff for the
acupuncture services plaintiff had rendered. The Civil Court denied plaintiff's motion and
granted defendant's cross motion.
For the reasons stated in Flushing Traditional Acupuncture, P.C., as Assignee of Thomas,
Latecia v GEICO Ins. Co. (___ Misc 3d ___, 2020 NY Slip Op _____ [appeal No.
2018-2154 K C], decided herewith), the order is affirmed.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 6, 2020